UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAT HUU VU, | CASE NO. CV 10-5024-VAP (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA REHAB CENTER, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 19 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VU, D 5024\Judgment.wpd